# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SAGE TITLE GROUPS, LLC | : | |
| d/b/a SAGE PREMIER SETTLEMENTS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-03 |
| | : | |
| LILLIE E. KERSEY, MERRITT KERSEY, | : | |
| MICHAEL J. KERSEY, MORRIS F. KERSEY, | : | |
| and MONA LISA KERSEY a/k/a MONA LISA | : | |
| KERSEY-MONTEITH, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this    11th   day of July, 2016, upon consideration of Defendants,

Mona Lisa Kersey-Monteith ("Mona"), Michael Kersey ("Michael"), and Morris Kersey's

("Morris") (collectively "Crossclaim Defendants") Motion to Dismiss Crossclaims of Defendant,

Lillie Kersey ("Lillie"), pursuant to Federal Rule of Civil Procedure 12(b)(1) (Doc. No. 25) and

the Response in Opposition by Lillie, it is hereby **ORDERED** that Crossclaim Defendants'

Motion is **GRANTED IN PART and DENIED IN PART**.  The Motion is **GRANTED** with

respect to Crossclaim #1 against Mona.  The Motion is **DENIED** with respect to Crossclaims #2-

4 against Michael, Morris, and Mona respectively.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE