IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAGE TITLE GROUPS, LLC<br>d/b/a SAGE PREMIER SETTLEMENTS,<br><br>Plaintiff,<br><br>v.<br><br>LILLIE E. KERSEY, MERRITT KERSEY,<br>MICHAEL J. KERSEY, MORRIS F. KERSEY,<br>and MONA LISA KERSEY a/k/a MONA LISA<br>KERSEY-MONTEITH,<br><br>Defendants. | CIVIL ACTION<br><br><br>No. 16-03 |

## ORDER

**AND NOW**, this 17th day of February, 2017, upon consideration of Defendants, Mona Lisa Kersey-Monteith, Michael Kersey, and Morris Kersey's (collectively "Siblings") Motion for Summary Judgment (Doc. No. 45), Defendant, Merritt Kersey's ("Merritt"), both Individually and Executor of the Estate of Lillie E. Kersey, Motion for Summary Judgment (Doc. No. 46), Siblings' Response in Opposition to Merritt's Motion, and Merritt's Response in Opposition to Siblings' Motion, it is hereby **ORDERED** that Siblings' Motion is **GRANTED** and Merritt's Motion is **DENIED**. Therefore, Lillie Kersey's estate, Mona Lisa Kersey-Monteith, Michael Kersey, Morris Kersey, and Merritt Kersey are each entitled to an equal twenty percent (20%) share in the net proceeds from the sale of the subject property after the payment of Plaintiff, Sage Title Groups' attorneys' fees and costs.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE